IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00881–MSK–KMT

JESUS JOHN HERNANDEZ,

    Applicant,

v.

JOE STARMAN, Director, Independence House South, and
THE UNITED STATES PAROLE COMMISSION,

    Respondents.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Applicant's Motion for Complete and Unedited Copies of the Memorandums Dated October 10, 2012 (Docket Nos. 28 and 29)" (Doc. No. 32, filed November 26, 2012) is GRANTED. The Clerk is directed to send copies of the memoranda (Doc. Nos. 28 and 29) to Applicant. Applicant is advised that the memoranda simply are District Judge Marcia S. Krieger's means of referring then-pending Doc. Nos. 20 and 25 to the magistrate judge for ruling. The memoranda do not contain any documents or attachments.

Dated: November 27, 2012