**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00881-MSK-KMT

JESUS JOHN HERNANDEZ,

    Petitioner,

v.

JOE STARMAN, DIRECTOR, INDEPENDENCE HOUSE SOUTH; UNITED STATES PAROLE COMMISSION,

    Respondent.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the OPINION AND ORDER DENYING PETITION [55] of Chief Judge Marcia S. Krieger entered on October 15, 2013 it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [1] filed 04/04/12, is denied; it is further

    ORDERED that this action is dismissed with prejudice, and the case is closed.

    Dated at Denver, Colorado this 23rd day of October, 2013.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
    Edward P. Butler, Deputy Clerk